**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Edik ASADORIAN, Defendant-Appellant.**

**No. 16-11874**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(May 26, 2017)

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Mac D. Heavener, III, Assistant U.S. Attorney, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Maurice C. Grant, II, Jeffrey Alan Gedbaw, Federal Public Defender's Office, Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Federal Public Defender's Office, for Defendant-Appellant

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Edik Asadorian in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Asadorian's convictions and sentences are **AFFIRMED**.